CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JAN 0 7 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KERIN W. FLATTERY, | ) |
| | ) Civil Action No. 7:08CV00256 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) By: Hon. Glen E. Conrad |
| SOUTHWEST VIRGINIA FERTILITY | ) United States District Judge |
| CENTER, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The motion for summary judgment filed by Hospital Corporation of America (docket no. 17) is **DENIED WITHOUT PREJUDICE**; and

2. The motion to compel filed by the plaintiff (docket no. 23), which the court construes as a motion for discovery under Rule 56(f), is **GRANTED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 7th day of January, 2009.

/s/ Glen E. Conrad
United States District Judge